UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Wayne Lukefahr et al.           ) | |
|        Plaintiff(s),           ) | |
| Vs.           ) | Case No. 4: 13 MC 389 ERW |
| Dan Rieckenberg, et al.           ) | |
|        Defendant(s).           ) | |

## ORDER

On July 24, 2013, due to an error in electronic case opening, the above styled case was inadvertently assigned a Miscellaneous Eastern Division case number. However, the above referenced case requires a Eastern Division Civil case number.

Therefore, this case must be randomly reassigned a Eastern Division Civil case number.

**IT IS HEREBY ORDERED** that the Miscellaneous Eastern Division case is closed and the case has been reassigned a Eastern Division Civil case number to District Judge Catherine D. Perry.

July 24, 2013                        /s/ Katie Spurgeon, Deputy in Charge
Date                                       James G. Woodward
                                             CLERK OF COURT

**In all future documents filed with the Court, please use the following case number 4: 13 CV 1436 CDP .**